# UNITED STATES
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SYLIPHANH HOMAMPHA,<br><br>  Plaintiff,<br><br>CASH CENTRAL,<br><br>  Defendant. | Case No. 2:16-cv-00244-MCE-AC<br><br>**ORDER** |

## AGREED ORDER STAYING CASE

Pursuant to the Parties' stipulation (ECF No. 9), it is hereby ORDERED that:

1.  Plaintiff will advance her claims asserted in this lawsuit as via binding arbitration provided for in the governing Arbitration Agreement.

//
//
//
//

2.  This case is stayed with each party to bear its own fees and costs.

3.  All currently pending dates and deadlines are hereby VACATED.

IT IS SO ORDERED.

Dated:  May 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE