UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLIPHANH HOMAMPHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASH CENTRAL,<br><br>　　　　Defendant. | No.  2:16-cv-00244-MCE-AC<br><br>**NON-RELATED CASE ORDER** |
| SYLIPHANH HOMAMPHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RISE CREDIT OF CALIFORNIA, LLC,<br><br>　　　　Defendant. | No.  2:16-cv-00247-JAM-EFB |
| SYLIPHANH HOMAMPHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASHCALL, INC.,<br><br>　　　　Defendant. | No.  2:16-cv-00565-KJM-EFB |

1       The Court has received the Notice of Related Cases filed on April 29, 2016.  See
2 Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is
3 inappropriate to relate or reassign the cases, and therefore declines to do so.
4       This order is issued for informational purposes only, and shall have no effect on
5 the status of the cases, including any previous Related (or Non-Related) Case Order of
6 this Court.
7       IT IS SO ORDERED.
8 Dated:  May 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE