# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| Syliphanh Homampha, <br><br> Plaintiff, <br><br> vs. <br><br><br> Cash Central, <br><br> Defendant. | Case No.: 2:16-cv-00244-MCE-AC <br><br> **ORDER RE: DISMISSAL OF ENTIRE CASE** |

The Court has reviewed the Stipulation of Dismissal and Joint Motion to Dismiss submitted by Plaintiff SYLIPHANH HOMAMPHA and Defendant CASH CENTRAL. Pursuant to the Stipulation of the parties, and for good cause appearing, it is hereby ordered that the case is DISMISSED with prejudice, both parties to bear their own costs.  The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  January 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE